Norman L. **MILLER**, Appellant,

v.

**HINSHAW & CULBERTSON,** et al., **Respondents.**

No. WD 75386.

Missouri Court of Appeals, Western District.

Dec. 26, 2012.

Application for Transfer to Supreme Court Denied Jan. 29, 2013.

Application for Transfer Denied March 19, 2013.

Norman Miller, Marshall, MO, appellant acting pro se.

Michael Downey, St. Louis, MO, for respondent.

Before: THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Norman Miller appeals from the trial court's summary judgment in favor of the law firm of Hinshaw & Culbertson LLP and its attorney partner, Ms. Terese A. Drew.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).